# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

NANCY VIDRINE

VERSUS

DG LOUISIANA, LLC D/B/A
DOLLAR GENERAL STORE NO.
3839

NO.   2023 CW 1073

**JANUARY 18, 2024**

---

In Re:    DG Louisiana, LLC, applying for supervisory writs, 22nd Judicial District Court, Parish of Tangipahoa, No. 2022739.

---

**BEFORE:   GUIDRY, C.J., CHUTZ AND LANIER, JJ.**

**WRIT DENIED.**

**JMG**
**WRC**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

*a.S.D*

---
DEPUTY CLERK OF COURT
FOR THE COURT